

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-21-00290-CV

## IN RE RHONDA LEE COUGOT

---

## Original Proceeding

## From the County Court at Law
## Walker County, Texas
## Trial Court No. 9276PR

## MEMORANDUM OPINION

Relator's Petition for Writ of Mandamus filed on November 5, 2021 is denied.

Relator's Motion for Emergency Stay is dismissed as moot.


MATT JOHNSON
Justice



Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Petition denied; motion dismissed
Opinion delivered and filed November 10, 2021
[OT06]